UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:14-CR-70-1FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| SANTOS PENALOZA MILLAN | ) | |

This matter comes before the Court upon motion of the defendant to seal the sentencing memorandum, and for good cause shown, it is hereby ORDERED that defendant's sentencing memorandum be sealed for filing.

IT IS SO ORDERED.

This __29th__ day of __June__, 2016.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE